## J.V.D.B. & ASSOCIATES, INC

Consumer and Commercial Collections
P.O.Box 5718
Elgin, IL 60121-5718
Office: 1-847-841-1300
Fax: 1-847-841-1313

Jennifer Stevens
345 Newton St
Hoffman Estates IL 60169

| Account Summary | |
|---|---|
| Agency Id | JVDB38355 |
| Original Creditor | Robert A. Lipschultz D.d.s., Ltd. |
| Account Number | 1049 |
| File | JW |
| Date | 07-17-2014 |
| **Balance Due** | **$70.00** |

## FINAL NOTICE LETTER

This is to inform you that in accordance with the instructions from my client a suit may be filed against you. If it is your desire to avoid litigation, kindly remit the balance of your account to my office, or contact me immediately to make proper arrangements on your account.

---

## AVISO FINAL

ESTA CARTA ES PARA INFORMARLE QUE DE ACUERDO CON LAS INSTRUCCIONES DE MI CLIENTE, UNA DEMANDA PODRIA SER INTERPUESTA EN CONTRA DE USTED.

POR FAVOR MANDE EL BALANCE A ESTA OFICINA O CONTACTENOS PARA LLEGARA UN ACUERDO EN COMO PUEDE PAGAR SU CUENTA.

### CREDIT CARDS

CHECK CARD USING FOR PAYMENT

( ) MASTERCARD  ( ) VISA  ( ) American Express  ( ) Discover

CARD NUMBER          CVV          AMOUNT

SIGNATURE                              EXP. DATE